REQUEST FOR COURT ACTION / DIRECTION

07CRIM

| | | |
|---|---|---|
| TO: | JAMES MOLINELLI<br>Miscellaneous Clerk | OFFENSE: COUNT1: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE MARIJUANA 21 USC846 |
| | | ORIGINAL SENTENCE: THIRTY-SEVEN(37) MONTHS IMPRISONMENT TO BE FOLLOWED BY FOUR(4) YEARS SUPERVISED RELEASE. |
| FROM: | BRETT J. HALEM<br>U.S. Probation Officer | SPEC. CONDITIONS: SUBSTANCE ABUSE TESTING AND TREATMENT |
| | | AUSA: ELIZABETH C. WU |
| RE: | TOOMER, OMARI<br>Docket # 04 CR 271-009 | |

DATE OF SENTENCE: APRIL 28, 2005

DATE: SEPTEMBER 19, 2007

ATTACHMENTS:   PSI X    JUDGMENT X    PREVIOUS REPORTS
VIOLATION   PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

---

**TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, April 28, 2005, was sentenced by the Honorable Richard L Williams, U.S. District Judge, Eastern District of Virginia as indicated above.

On May 4, 2007, the offender began his supervised release term in this district due to his residency in the Southern District of New York.

The purpose of this correspondence is to request that jurisdiction be transferred to the Southern District of New York. On June 29, 2007, the Honorable Richard L. Williams, USDJ, ED/VA, agreed to transfer jurisdiction and executed Probation From 22(attached with original judgement)

TOOMER, OMARI                                                          P-45161

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred to this district.

Respectfully submitted,

Brett J. Halem
U.S. Probation Officer
(212) 805-5121

Approved By: _____  9/19/07
Paul Wodeshick          Date
Supervising U.S. Probation Officer